1  MATAN DRELICH, ESQ. (SBN. 204965)
   **LAW OFFICE OF MATAN DRELICH, P.C.**
2  Koll Center
   501 West Broadway, Suite 1780
3  San Diego, California 92101
   Telephone (619) 239-1296
4

5  Attorney for Plaintiff
   OSWALDO VANEGAS
6

7
                    UNITED STATES DISTRICT COURT
8
                    SOUTHERN DISTRICT OF CALIFORNIA
9

10
   OSWALDO VANEGAS                    CASE NO. 08CV2261MMA
11
        Plaintiff,
12
   v.                                 **NOTICE OF MOTION AND MOTION
13                                    TO BE RELIEVED AS COUNSEL;
   UNITED STATES OF AMERICA, and      REQUEST FOR IN CAMERA HEARING;
14 DOES 1 through 100, inclusive,     MEMORANDUM OF POINTS AND
                                      AUTHORITIES; DECLARATION OF
15      Defendants                    MATAN DRELICH; PROPOSED ORDER**

16                                    Date: September 8, 2009
                                      Time: 2:30 p.m.
17                                    Place: U.S. District Court
                                             Southern District of California
18                                           940 Front Street
                                             San Diego, CA 92101-8900
19                                    Room: Courtroom 5

20

21

22       TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD: NOTICE IS

23 HEREBY GIVEN that on September 8, 2009 at 2:30 p.m., or as soon as thereafter as counsel may

24 be heard in Courtroom 5 of the above-entitled Court before Hon. Judge Michael M. Anello, Matan

25 Drelich will move this Court for an order relieving him as counsel of record for Plaintiff

26 OSWALDO VANEGAS and substituting said Plaintiff as counsel in pro per.

27 ///

28 ///

Said request is made pursuant to U.S. Southern District Local Rules, Rule 83.3(g).

The motion is made on the following grounds:

1. The attorney/client relationship has completely broken down;

2. The client has indicated that he is seeking other counsel;

3. The client has not followed the advice of counsel; and

4. Additional reasons that counsel believes should be discussed in camera and outside the presence of opposing counsel.

This motion will be further based upon this Notice, Memorandum of Points and Authorities, the Declaration of Matan Drelich, the papers and records filed in this action or proceeding.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### Attorney's Motion to Withdraw

Pursuant to United States District Court, Southern District of California Local Rule 83.3(g)(3):

*a. A notice of motion to withdraw as attorney of record must be served on the adverse party and on the moving attorney's client;*

*b. A declaration pertaining to such service must be filed. Failure to make service as required by this section or to file the required declaration of service will result in a denial of the motion.*

The moving papers must disclose adequate grounds for excusing counsel from further representation in the particular case. Federal courts generally look to applicable state rules of professional conduct.

### II.

### Circumstances Permitting Withdrawal

Pursuant to California Professional Rules of Conduct 3-700(C)(1)(d), withdrawal is permitted

1 where "by other conduct" the client makes it "unreasonably difficult for the attorney to carry out the
2 employment effectively."

3 Plaintiff Oswaldo Vanegas has made it difficult to carry out employment effectively. Counsel
4 has requested that Plaintiff comply with discovery requests by Defense counsel, however has not had
5 the cooperation needed to carry out employment effectively.

6 Counsel believes that there are several additional factors that provide this Court with good
7 cause to allow withdrawal from further representation. However, due to the confidentiality/privilege
8 of such matters, counsel believes that such disclosures must be conducted in camera.

9 Pursuant to both California Local Rules of Court and Professional Rules of Conduct, counsel
10 is bound to preserve client confidence even when seeking to be relieved as counsel.

### III.
### Conclusion

Counsel respectfully requests that this Court effectively relieve him as counsel of record for client, Oswaldo Vanegas.

Date: August 6, 2009

Matan Drelich, Esq.

1  MATAN DRELICH, ESQ. (SBN. 204965)
   **LAW OFFICE OF MATAN DRELICH, P.C.**
2  Koll Center
   501 West Broadway, Suite 1780
3  San Diego, California 92101
   Telephone (619) 239-1296
4

5  Attorney for Plaintiff
   OSWALDO VANEGAS
6

7
                    UNITED STATES DISTRICT COURT
8
                   SOUTHERN DISTRICT OF CALIFORNIA
9

10
   OSWALDO VANEGAS                    CASE NO. 08CV2261MMA
11
         Plaintiff,
12
   v.                                 **DECLARATION OF MATAN DRELICH
13                                    IN SUPPORT OF MOTION TO BE
   UNITED STATES OF AMERICA, and      RELIEVED AS COUNSEL AND
14 DOES 1 through 100, inclusive,     REGARDING SERVICE PURSUANT TO
                                      LOCAL RULE 83.3(g)**
15       Defendants

16                                    Date:  September 8, 2009
                                      Time:  2:30 p.m.
17                                    Place: U.S. District Court
                                             Southern District of California
18                                           940 Front Street
                                             San Diego, CA 92101-8900
19                                    Room:  Courtroom 5

20

21
       I, Matan Drelich, do hereby declare:
22
       1.    I am the attorney of record for Plaintiff Oswaldo Vanegas (hereinafter "client") in the
23
             above-captioned action.
24
       2.    The attorney/client relationship has completely broken down.
25
       3.    The client has not followed the advice of counsel.
26
       4.    The client has indicated that he is seeking other counsel. I was initially lead to believe
27
             that another attorney had agreed to accept representation of Mr. Vanegas' matter,
28

DECLARATION OF MATAN DRELICH IN SUPPORT THEREOF AND RE: SERVICE                          PAGE 1

|   |   |
|---|---|
| 1 | which in part resulted in the delay in bringing forth this motion. Upon |
| 2 | communication with that attorney, I learned that the attorney declined representation. |
| 3   5. | There are additional reasons that I believe supports my request to be relieved as |
| 4 | counsel, however due to confidentiality and privilege, these matters should only be |
| 5 | discussed in camera, outside the presence of opposing counsel. |
| 6   6. | I have personally served client with copies of the motion papers filed with this |
| 7 | declaration. A copy of the proof of service is attached hereto as Exhibit "A." |
| 8   7. | Client was served at his present address, the San Diego Central Jail, 1173 Front |
| 9 | Street, Area/HousingUnit: 8/C, San Diego, CA 92101. |
| 10   8. | I have served opposing counsel with copies of the motion papers filed with this |
| 11 | declaration. A copy of the proof of service is attached hereto as Exhibit "B." |

I declare under penalty of perjury under the laws of California and the United States that the foregoing is true and correct.

Date: August 6, 2009

/s/ Matan Drelich
Matan Drelich, Esq.

**EXHIBIT "A"**

Case 3:08-cv-02261-MMA-POR   Document 14   Filed 08/06/2009   Page 6 of 10

Matan Drelich, Esq. (SBN: 204965)
**LAW OFFICE OF MATAN DRELICH, P.C.**
Koll Center
501 West Broadway, Suite 1780
San Diego, California 92101
Telephone (619) 239-1296
Facsimile  (619) 239-1297

Attorney for Plaintiff
OSWALDO VANEGAS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSWALDO VANEGAS,<br><br>     Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, and DOES 1 through 100, inclusive,<br><br>     Defendants. | CASE NO.  08cv2261-MMA (POR)<br><br>**DECLARATION OF SERVICE** |

I, Matan Drelich, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action. My business address is 501 W. Broadway, Suite 1780, San Diego, CA 92101.

I have caused service of the **Notice of Motion and Motion to Be Relieved as Counsel and supporting documents** on the following party by personally serving the following addressee:

Oswaldo Vanegas
San Diego Central Jail
1173 Front Street
Area/HousingUnit: 8/C
San Diego, CA 92101.

Executed on August 6, 2009 at San Diego, CA

                                        /s/Matan Drelich
                                        Matan Drelich

**EXHIBIT "B"**

1  Matan Drelich, Esq. (SBN: 204965)
   **LAW OFFICE OF MATAN DRELICH, P.C.**
2  Koll Center
   501 West Broadway, Suite 1780
3  San Diego, California 92101
   Telephone (619) 239-1296
4  Facsimile (619) 239-1297

5  Attorney for Plaintiff
   OSWALDO VANEGAS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSWALDO VANEGAS, | CASE NO. 08cv2261-MMA (POR) |
| Plaintiff, | |
| v. | **DECLARATION OF SERVICE** |
| UNITED STATES OF AMERICA, and DOES 1 through 100, inclusive, | |
| Defendants. | |

I, Matan Drelich, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action. My business address is 501 W. Broadway, Suite 1780, San Diego, CA 92101.

I have caused service of the **Notice of Motion and Motion to Be Relieved as Counsel and supporting documents** on the following parties by electronically filing said documents with the Clerk of the District Court via the CM/ECF System:

| | |
|---|---|
| David Wallace<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>880 Front Street, Room 6293<br>San Diego, CA 92101-8893<br>*Attorneys for Defendant*<br>*United States of America* | Raven M. Norris<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>880 Front Street, Room 6293<br>San Diego, CA 92101-8893<br>*Attorneys for Defendant*<br>*United States of America* |

Declaration of Service- Notice of Motion and Motion to Be Relieved as Counsel          PAGE 1

1 | Executed on August 6, 2009 at San Diego, CA

2 | /s/Matan Drelich
Matan Drelich