1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| OSWALDO VANEGAS, | Civil No. 08-CV-2261-MMA (POR) |
|---|---|
| Plaintiff, | **ORDER FOLLOWING DISCOVERY CONFERENCE** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

On August 27, 2009, Matan Drelich, Esq., counsel for Plaintiff, and Dave Wallace, Esq., counsel for Defendant, contacted the Court and represented a discovery dispute had arisen. Based thereon, the Court held a telephonic discovery conference. Mr. Drelich requested the Court vacate its earlier order setting the September 10, 2009 deposition of Plaintiff Oswaldo Vanegas in light of a hearing scheduled before the Honorable Michael M. Anello to be relieved as counsel on September 8, 2009. In response, Mr. Wallace withdrew his request to depose Plaintiff on September 10, 2009. Based on the representations of counsel, the prior Court order (Doc. 15) ordering that Plaintiff's deposition take place on September 10, 2009 is hereby VACATED.

DATED: September 2, 2009

_____
LOUISA S PORTER
United States Magistrate Judge

cc:     The Honorable Michael M. Anello
        all parties