FILED
2009 SEP -8 PM 2:08
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____

NUNC PRO TUNC
SEP 02 2009

OSWALDO VANEGAS
#9757231
PO Box 122952
San Diego CA 92112-2952

August 31, 2009

Honorable Irma E. Gonzalez, Chief Justice
U.S. District Court - Southn Dist of Calif
880 Front Street, Room 4290
San Diego CA 92101-8900

RE: Case No. 08CV2261MMA - Oswaldo Vanegas v. United States of America, and DOES 1 through 100, inclusive

Dear Judge Gonzalez:

I am writing this letter to introduce myself and to request that the court issue an order allowing me to attend court hearings concerning my civil complaint against the U.S. Government.

I am making this request due to the fact that on September 08, 2009 at 2:30 P.M., at U.S. District Court 940 Front Street, San Diego, CA in Courtroom 5, my current attorney Matan Drelich has filed a Motion to be Relieved As Counsel in the above-referenced matter.

(CONT'D)

I would like to be present at this hearing to give my side of the argument as is my right.

I also would like to request that the court either appoint an attorney or allow me time to obtain new counsel to represent me in this matter, if the court grants the motion of Attorney Drelich to be relieved as my counsel.

I would also like to request that a Spanish interpreter be assigned to be present to translate for me.

Thank you for your attention to this matter.

Sincerely,

*Oswaldo Vanegas*
Oswaldo Vanegas